UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS GARCIA-DE GOUVEIA,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondents.

No.  1:26-cv-03790-DC-EFB (HC)

ORDER

Petitioner seeks an extension of time to June 16, 2026 to file his reply.  ECF No. 7.  Good cause appearing, the motion is GRANTED, and petitioner shall file his reply on or before June 16, 2026.

So ordered.

Dated: June 8, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1