UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA-DE GOUVEIA, | No.  1:26-cv-03790-DC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, | |
| Respondents. | |

Petitioner seeks a second extension of time to June 26, 2026 to file his reply.  ECF No. 9. Good cause appearing, the motion is GRANTED, and petitioner shall file his reply on or before June 26, 2026.

So ordered.

Dated: June 18, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1