DANIELLE SMITH
Assistant Federal Public Defender
129 W. Trade Street, Suite 300
Charlotte, North Carolina 28202
Telephone: (980) 378-5105
Facsimile: (704) 375-2287

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA-DE GOUVEIA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | No. 1:26-cv-03790-DC-EFB(HC)<br><br><br>**ORDER FOR DISCOVERY** |

Petitioner Jesus Garcia-De Gouveia has filed a motion seeking leave to conduct discovery in this habeas corpus matter under 28 U.S.C. § 2241. The Court's authority to authorize discovery is governed by Rule 6 of the Rules Governing Section 2254 Proceedings, made applicable here under 28 U.S.C. § 2243 and Rule 1(b) of the Rules Governing Section 2254 Proceedings. For good cause shown, IT IS ORDERED that Respondents shall provide to counsel, within 7 days, the documents and recordings set forth in Petitioner's motion.

DATED: July 6, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1